ACCEPTED
06-14-00231-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/28/2015 3:59:49 PM
DEBBIE AUTREY
CLERK

## NO. 06-14-00231-CR

| | | |
|---|---|---|
| JARVIS DEMOAN FISHER | § | IN THE COURT OF APPEALS |
| vs. | § | FOR THE SIXTH DISTRICT |
| THE STATE OF TEXAS | § | OF TEXAS AT TEXARKANA |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/28/2015 3:59:49 PM
DEBBIE AUTREY
Clerk

## STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

## TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, by and through the Criminal District Attorney of Dallas County, respectfully requests that the time for filing the State's brief be extended. *See* TEX. R. APP. P. 38.6(d). In support of this motion, the State would show the following:

Appellant, Jarvis Demoan Fisher, waived his right to a jury trial and entered a non-negotiated plea of guilty to the offense of aggravated sexual assault of a child younger than 14 years of age. The trial court accepted appellant's plea, found him guilty of the charged offense, and assessed punishment at 15 years' imprisonment. Appellant filed his brief on appeal on April 30, 2015. The State's brief is due, under Rule 38.6(b) of the Texas Rules of Appellate Procedure, on May 30, 2015. This case has not yet been set for submission.

The undersigned attorney is a part-time employee of the Dallas County District Attorney's Office and works approximately 20 hours per week. Since appellant filed his brief in this case, counsel has prepared and filed the State's brief

in *Cody Tyler Jones v. The State of Texas*, No. 05-14-01431-CR. Counsel has also prepared and filed a letter brief addressing the appellate court's jurisdiction in *Gary Wayne Barnes Sr. v. The State of Texas*, Nos. 05-15-00006-CR through 05-15-00009-CR.

In addition to her briefing docket, counsel is responsible for investigating and responding to requests for post-conviction forensic DNA testing filed under Chapter 64 of the Texas Code of Criminal Procedure. Counsel is also responsible for supervising several other attorneys in this office who respond to requests under Chapter 64. Counsel maintains and manages a docket of approximately 21 active DNA cases, including three cases that are currently in some phase of testing. Since appellant filed his brief in this case, counsel has prepared and filed the State's responses to requests for post-conviction DNA testing in two cases: *The State of Texas v. James Albert Mays*, No. F10-56110-I; and *The State of Texas v. William Lee Brothers*, Nos. F05-36241-U, F05-36242-U, F05-36259-U, F05-36260-U, F05-36261-U, and F05-36262-U. Counsel has also drafted proposed findings and represented the State at an article 64.04 hearing on the results of post-conviction DNA testing in *The State of Texas v. Leroy King*, No. F89-98369-T. In addition, counsel has performed a host of other duties in connection with her supervisory responsibilities, including reviewing and interpreting DNA test results,

communicating with the lab and investigators, reviewing and editing responses and proposed orders, and managing and updating the docket of pending cases. In the coming weeks, counsel is responsible for filing responses to requests for post-conviction DNA testing in *The State of Texas v. Gary Wayne Barnes Sr.*, Nos. F80-16530-J, F81-01027-J, and F81-01105-J; and *The State of Texas v. Samuel Hunter*, No. F02-71430-T.

In addition to the above tasks, counsel has been called upon several times in the past 30 days to review and edit briefs and other documents drafted by attorneys in this office. Most recently, counsel reviewed and extensively edited a brief prepared by a newly hired attorney in the appellate division. Finally, on a personal note, counsel has a family vacation scheduled for June 21-26.

Due to the undersigned attorney's existing docket and other pressing responsibilities, the State requests an extension of 30 days, or until June 29, 2015. No previous extensions have been requested by or granted to the State in this case.

WHEREFORE, PREMISES CONSIDERED, the State respectfully asks that the time for filing the State's brief be extended to June 29, 2015.

Respectfully submitted,

/s/ Johanna H. Kubalak
Johanna H. Kubalak
*Assistant District Attorney*
State Bar No. 24014297
Frank Crowley Courts Bldg.
133 N. Riverfront Blvd., LB-19
Dallas, Texas 75207-4399
(214) 653-3639
(214) 653-3643 *fax*
Anna.Kubalak@dallascounty.org

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing State's motion for extension of time to file brief has been served on Riann C. Moore, attorney for appellant, via electronic delivery to Riann.Moore@dallascounty.org on May 28, 2015.

/s/ Johanna H. Kubalak
Johanna H. Kubalak